960

No. 582. TIDEWATER ASSOCIATED OIL CO. *v.* WILLIAMS. C. A. 9th Cir. Certiorari denied. *Edw. S. Franklin* for petitioner. *E. J. Friedman* for respondent.

No. 592. LIGHT *v.* MURPHY, GUARDIAN. C. A. 5th Cir. Certiorari denied. *Daniel Neal Heller* for petitioner. *Jacob Rassner* for respondent.

No. 120. ZIENTEK *v.* READING COMPANY, *ante*, p. 846. Motion for leave to file petition for rehearing denied.

No. 395. GIANFALA ET AL. *v.* TEXAS COMPANY, *ante*, p. 879. Rehearing denied.

FEBRUARY 27, 1956.

No. 558. MAC INVESTMENT CO. *v.* UNITED STATES. Appeal from the United States District Court for the Eastern District of Michigan. *Per Curiam:* The motion to affirm is granted and the judgment is affirmed. *Rockwell T. Gust, Bruce Griswold* and *James T. Hoffmann* for appellant. *Solicitor General Sobeloff, Assistant Attorney General Barnes, Charles H. Weston* and *Baddia J. Rashid* for the United States.

No. 578. DOPCUS *v.* CITY OF WEST PALM BEACH ET AL. Appeal from the Supreme Court of Florida. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question. *Peter J. Cunningham* for appellant. *Egbert Beall, C. Robert Burns* and *Robie L. Mitchell* for appellees.